**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1672-23

FRANCINE BOCCIA,

    Plaintiff-Appellant,

v.

NGOC PHAM,

    Defendant-Respondent,

and

RALPH L. LENTO, JOHN
CATONA, JR., PAUL KRAMER,
and JITNEY 51, LLC,

    Defendants.

_____

Submitted October 22, 2024 – Decided January 13, 2025

Before Judges Bishop-Thompson and Augostini.

On appeal from the Superior Court of New Jersey, Law Division, Atlantic County, Docket No. L-4256-20.

Law Offices of Richard A. Amdur, Jr., LLC, attorneys for appellant (Richard A. Amdur, Jr., of counsel and on the brief).

Law Office of Michael G. David, attorneys for respondent (David J. Sideman, of counsel and on the brief).

PER CURIAM

The court being advised by the parties that the issues in dispute have been amicably resolved, the appeal is dismissed with prejudice and without costs to either party.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1672-23